UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *LG* D.C.
05 AUG 30 PM 5: 03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ARTIS REESE, a/k/a
RAY CURTIS SMITH,

   Plaintiff,

v.             Cv. No. 05-2272-Ma

SHELBY COUNTY, et al.,

   Defendants.

## JUDGMENT

  Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed August 26, 2005.  Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:** /s/

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 29, 2005
---
DATE

THOMAS M. GOULD

---
CLERK

/s/
---
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02272 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Artis Reese
SHELBY COUNTY JAIL
RNI # 291
201 Poplar Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT